Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail rohlfing.office@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
411 E Bonneville Ave Suite #505
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com
Attorneys for Plaintiff DENISE SOUDER

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENISE SOUDER | Case No.: 2:19-cv-01165-APG-DJA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Denise Souder and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 7 days from November 1, 2019 to November 8, 2019 for Plaintiff to file a motion for reversal and/or remand, with all other dates in the Court's order extended accordingly. This is Plaintiff's first

-1-

request for an extension. Counsel had three hearings in the week leading into the due date. In addition, Counsel had four motions due over two days, which counsel could ordinarily have spread out. However, two weeks prior, Counsel received orders to engage in settlement proceedings in five different matters over the next 14 days, which impacted Counsel's schedule as each case involved Counsel's attention. Counsel respectfully requests an additional seven days to complete the briefing in this matter.

DATE: November 5, 2019      Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Denise Souder

DATE: November 6, 2019     Nicholas A. Trutanich
United States Attorney

/s/ *Allison J. Cheung*

BY: _____
Allison J. Cheung
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

DATE November 7, 2019

THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE