AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Denise Souder,

                Plaintiff,

   v.

Andrew M. Saul,

                Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:19-cv-01165-APG-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff Denise Souder's attorney, Cyrus Safa, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $20,000.

IT IS FURTHER ORDERED that Cyrus Safa shall reimburse plaintiff Denise Souder the amount of $2,431.55 for EAJA fees previously paid by the Commissioner.

1/11/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk